# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-03-00323-CV

### Rose M. Arriaga and Terry Keel, Appellants

### v.

### Village of Bee Cave, Appellee

### FROM THE DISTRICT COURT OF TRAVIS COUNTY, 201ST JUDICIAL DISTRICT
### NO. GN203892, HONORABLE PAUL DAVIS, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellants Rose M. Arriaga and Terry Keel and appellee Village of Bee Cave have filed with this Court an agreed motion to dismiss with prejudice, informing the Court that all matters in controversy have been resolved by agreement between the parties and requesting that the appeal be dismissed with prejudice. We grant the motion and dismiss the appeal. *See* Tex. R. App. P. 42.1(a).

W. Kenneth Law, Chief Justice

Before Chief Justice Law, Justices B. A. Smith and Patterson

Dismissed on Agreed Motion

Filed:   December 4, 2003